UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BENJAMIN SANTANA, *individually and on behalf of others similarly situated*,

                 *Plaintiff,*

- vs -

TWIN MOUNT SERVICE STATION INC. (D/B/A TWIN MOUNT SERVICE), RAFAEL SANTANA, and YNDIRA BELLO,

                 *Defendants.*

-----------------------------------------------------------------X

Case No. 20-cv-06171-LJL

**[Proposed Form Of]**
**JUDGMENT**

## **JUDGMENT**

    On March 17, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, BENJAMIN SANTANA, have judgment against TWIN MOUNT SERVICE STATION INC. (D/B/A TWIN MOUNT SERVICE), RAFAEL SANTANA and YNDIRA BELLO, jointly and severally, in the amount of Thirty Thousand Dollars and No Cents ($30,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

                                            _____
                                            HON. LEWIS J. LIMAN
                                            UNITED STATES DISTRICT JUDGE