**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BENJAMIN SANTANA, *individually and on behalf of*
*others similarly situated*,

                                   Case No. 20-cv-06171-LJL

                 *Plaintiff,*

                 - vs -

TWIN MOUNT SERVICE STATION INC.  (D/B/A
TWIN MOUNT SERVICE), RAFAEL SANTANA,       **[Proposed Form Of]**
and YNDIRA BELLO,                              **JUDGMENT**

               *Defendants.*

-----------------------------------------------------------------X

## JUDGMENT

On March 17, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, BENJAMIN SANTANA, have judgment against TWIN MOUNT SERVICE STATION INC.  (D/B/A TWIN MOUNT SERVICE), RAFAEL SANTANA and YNDIRA BELLO, jointly and severally, in the amount of Thirty Thousand Dollars and No Cents ($30,000.00), which is inclusive of attorneys' fees and costs.

         3/19/2021
Dated: _____, 2021

                          _____
                          HON. LEWIS J. LIMAN
                          UNITED STATES DISTRICT JUDGE